**Petition for Writ of Mandamus Denied and Memorandum Opinion filed November 13, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00922-CV

## IN RE AMERICAN RISK INSURANCE COMPANY, INC., Relator

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
268th District Court
Fort Bend County, Texas
Trial Court Cause No. 14-DCV-213947**

## MEMORANDUM OPINION

On October 29, 2015, relator American Risk Insurance Company, Inc. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Brady G. Elliot, presiding judge of the 268th District Court of Fort Bend County, to vacate its order denying relator's motion to compel appraisal and to grant such motion.

Mandamus issues only to correct a clear abuse when there is no other adequate remedy by law. *Johnson v. Fourth Court of Appeals*, 700 S.W.2d 916, 917 (Tex.1985) (orig. proceeding). Relator has not established that it is entitled to mandamus relief. We therefore deny relator's petition for writ of mandamus.

Relator has also filed an emergency motion to stay the trial set for November 16, 2015. Because we deny the petition for writ of mandamus, we also deny the motion for stay.

PER CURIAM

Panel consists of Justices Boyce, Busby, and Brown.